LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| RICHARD FRASER, ) | |
| ) | CIVIL NO. 2:08-CV-01935-EFB |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND PROPOSED ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 9 days, up to and including February 20, 2009, to respond to Plaintiff's motion for summary judgment.  This request is due to an extremely heavy work load occasioned, in part, by staffing shortages in the Commissioner's regional office.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

                                                              Respectfully submitted,

Dated: February 13, 2009                /s/ *Manuel D. Serpa*
                                                (As authorized via email)
                                                MANUEL D. SERPA
                                                Attorney for Plaintiff

Dated: February 13, 2009                LAWRENCE G. BROWN
                                                Acting United States Attorney
                                                LUCILLE GONZALES MEIS
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                                /s/ *Elizabeth Firer*
                                                ELIZABETH FIRER
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: February 18, 2009.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE