LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| RICHARD FRASER, ) | CIVIL NO. 2:08-CV-01935-EFB |
|     Plaintiff, ) | |
|         v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 10 days, up to and including March 2, 2009, to respond to Plaintiff's motion for summary judgment. This request is sought because the undersigned attorney for the Commissioner had unexpected tasks arise during the week of February 17-20, 2009, which precluded her from completing the brief within the originally requested extra 9 days.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

Respectfully submitted,

Dated: February 20, 2009
/s/ *Manuel D. Serpa*
(As authorized via email)
MANUEL D. SERPA
Attorney for Plaintiff

Dated: February 20, 2009
LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: February 23, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE